AO 442 (Rev. 11/11) Arrest Warrant

# RETURN

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | 2:24-mj-0301-BNW |
| | ) Case No. | 11-CR-119 E(5) |
| | ) | |
| CHRISTOPHER DORSEY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Dorsey
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Violation of Supervised Release

in violation of Title 18 United States Code. Section(s) 922( )(1). 924(a)(2). 2 and 1512(c)(2).(k)

Date:   March 22, 2024

*Issuing officer's signature*   Paige Payton

City and state:   New Orleans, Louisiana         CAROL L. MICHEL, CLERK
                                                 *Printed name and title*

---

### Return

| This warrant was received on *(date)* | , and the person was arrested on *(date)* |
| at *(city and state)* | |

Date:

                                                 *Arresting officer's signature*

                                                 *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:     Weight:

Sex:     Race:

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) Case No.  11-CR-119 E(5) |
| CHRISTOPHER DORSEY | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christopher Dorsey
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 922( )(1), 924(a)(2), 2 and 1512(c)(2),(k)

Date: March 22, 2024

*Issuing officer's signature* Tauge Payton

City and state: New Orleans, Louisiana

CAROL L. MICHEL, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*                , and the person was arrested on *(date)* at *(city and state)* |
| Date: |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                     Weight:

Sex:                                                        Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Prob 12C
(Rev. 12/16)

PACTS #: 13535

# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF LOUISIANA

United States

vs.

Christopher Dorsey

Docket No. 0531. 2:11CR00119-001 "E"

The Honorable Susie Morgan, United States District Judge

Considering the foregoing petition of the United States Probation Office, the Court orders:

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

Upon the defendant's arrest, the Court will be notified and a revocation hearing will be scheduled.

_____
Signature of Judicial Officer

March 22, 2024
Date

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES OF THE PETITION AND THIS ORDER TO THE FOLLOWING ONLY:

- Original — Clerk's Office
- 1 Copy Certified — U.S. Attorney
- 1 Copy Certified — U.S. Marshal's Office
- 2 Copies Certified — U.S. Probation Office

**CLERK'S OFFICE**
**A TRUE COPY**
Mar 22 2024
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

Prob 12C
(Rev. 12/16)

PACTS # 13535

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Louisiana

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Dorsey  **Case Number:** 053L 2:11CR00119-001 "C"

**Name of Sentencing Judicial Officer:** The Honorable Helen G. Berrigan, United States District Judge. On June 27, 2018, the case was reassigned to The Honorable Susie Morgan, United States District Court Judge.

**Date of Sentence:** July 18, 2012

**Offense:** 18 U.S.C. §§ 922(g)(1), 924(a)(2), 2 - Felon in Possession of a Firearm (Counts 1 and 2), Class C felonies.
18 U.S.C. § 1512(c)(2),(k) - Obstruction of Justice (Count 3), a Class C felony.

**Sentence:** Dorsey was sentenced to serve 120 months in the custody of the Bureau of Prisons as to each of Counts 1 and 2, and 168 months as to Count 3, to be served concurrently. These terms of imprisonment were to be followed be a two-year term of supervise release as to each of Counts 1, 2, and 3, to run concurrently. A special assessment in the amount of $300 was also ordered.

**Special Conditions:**
1. Participate in an Orientation and Life Skills Program.
2. Participate in an approved treatment program for drug and or alcohol abuse.
3. Perform 400 hours of unpaid community service.
4. Pursue his GED or vocational training that will equip him for suitable employment.
5. Obtain prior written approval from the Court before entering self-employment.

**Other Court Action:** On June 27, 2018, Dorsey's case was reallotted to the Honorable Susie Morgan's court.

On April 23, 2023, the Court modified Dorsey's conditions of supervised release to include the search and seizure condition. The District of Nevada requested the modification after Dorsey submitted a prerelease plan to relocate to the District of Nevada upon his release from the Bureau of Prisons. Based on the history and characteristics of Dorsey's case, the District of Nevada requested the modification to ensure Dorsey's compliance with all his conditions of supervision.

On January 24, 2024, the Court reduced Dorsey's previously imposed sentence of imprisonment to time served pursuant to 18 U.S.C. § 3582(c)(2).

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** February 1, 2024

**Assistant U.S. Attorney:** Maurice Landrieu  **Defense Attorney:** James C. Lawrence

---

### PETITIONING THE COURT

☒ To issue a warrant                    ☐ To issue a summons

For the arrest of Christopher Dorsey for alleged violations of supervised release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision.

Prob 12C
(Rev. 12/16)

PACTS # 13535

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition No. 9 | On February 8, 2024, Dorsey performed in a music concert, in Las Vegas, Nevada, with Torrance Hatch Jr., stage name "Lil Boosie". In 2010, Hatch was convicted of possession with intent to distribute a controlled substance and introduction of contraband in a penal institution in the state of Louisiana. On June 14, 2023, Hatch was arrested by federal agents in San Diego, California, and charged with felon in possession of a firearm. Hatch's federal case is pending in the Southern District of California. Dorsey associated with a person convicted of a felony without prior permission from personnel of U.S. Probation. The Probation officer also notes that while Dorsey was residing at the Residential Re-Entry Center in Las Vegas, Nevada, he and Radric Davis, stage name "Gucci Mane" recorded an album titled "Choppers and Bricks". The album was released on December 15, 2023. In 2014, Davis plead guilty to possession of a firearm by a convicted felon in the Northern District of Georgia. |
| Special Condition No. 5 | On February 8, 2024, Dorsey performed in a music concert, in Las Vegas, Nevada, with Torrance Hatch Jr., stage name "Lil Boosie". When questioned by personnel of U.S. Probation about his employment as a rapper and the need to find other employment, Dorsey responded by saying, I'm a "rapper", that [is] my profession". Dorsey failed to obtain prior written approval from the Court before entering into self-employment. |
| | On February 16, 2024, Dorsey released a video on YouTube titled "Really Understand". Dorsey failed to obtain prior written approval from the Court before entering into self-employment. |
| | On February 24, 2024, Dorsey and Curtis Stewart, stage name "Kidd Kidd" released a music video on Apple Music titled "Yellow Tape". Dorsey failed to obtain prior written approval from the Court before entering into self-employment. |

CUSTODIAL STATUS: Christopher Dorsey is not in custody

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tiresha Fairley_
Tiresha Fairley
Supervisory U. S. Probation Officer
(o) 504-589-3211 ○ 504-570-9729

Date: March 21, 2024

REVIEWED BY:

_/s/ Charo Davis_
Charo Davis
Deputy Chief U.S. Probation Officer
Date: March 21, 2024

CLERK'S OFFICE
A TRUE COPY

Mar 22 2024

_Paige Payton_
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

Prob 12C
(Rev. 12/16)

PACTS # 13535

Address of Offender:  Christopher Dorsey
 11012 Linden Leaf Avenue
 Las Vegas, Nevada, 89114